UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-106M** **DATE: August 17, 2005**

**TITLE: USA v. DENNIS MARROW**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Stephen Dambruch**

**Defendant: Joseph DeCaporale**

**Probation: Heather McLoughlin**

****************************************************************************

**Proceedings: Initial Appearance**

**All counsel of record present. Defendant present. Probation present. Court informs defendant of charges. Court questions defendant. Court schedules preliminary examination and detention hearing for August 26, 2005 at 11:00 am. Court orders defendant detained pending hearing.**