AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 1:05-mj-00106-DLM-ALL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dennis Marrow

8/24/05
Date

Signature

Steven D DiLibero
Print Name

30 Doane? St
Address

Prov RI 02903
City State Zip Code

401-621-4702
Phone Number