UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
RHODE ISLAND

FILED
AUG 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : Case No. 1:05-M-106M
:
DENNIS MARROW :
:
:

MOTION TO WITHDRAW

Now comes Joseph L. DeCaporale counsel for the Defendant in the above-captioned matter and respectfully requests the Court's permission to withdraw as counsel for the Defendant. As grounds therefore, counsel has been advised that the Defendant has retained private counsel.

Respectfully Submitted,

Joseph L. DeCaporale, Jr. (#1794)
400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 Telecopier

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
August 26, 2005