AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Dennis Marrow

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:05m-00106

I, Dennis Marrow, charged in a (complaint) (petition) pending in this District with Rhode Island in violation of Title 21, U.S.C., 841(a)(1) & (b)(1)(A) + 846, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

8/29/05
Date

[signature] Esq
Counsel for Defendant