**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **C.A.NO.: 05-99-01-ML**

**DENNIS MARROW**

**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**

NOW comes the Defendant in the above-entitled matter and moves for an extension of time, to and through November 15, 2005 in which to file his pretrial motions. At present that deadline is October 24, 2005. The seriousness of the charge and the continuing discovery process support this request.

The Government does not object to this motion.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(b)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of eleven days.

Defendant, Dennis Marrow
By and through his attorney

Steven D. DiLibero, Esq. #4678
**DiLibero & Coloian, LLP**
130 Dorrance Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify that I mailed, by first class mail, a true copy of the within to the Assistant United States Attorney, Stephen G. Dambruch at 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 24th day of October, 2005.

Paula Sinao