FILED
NOV 2 9 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **C.A.NO.: 05-99-01-ML**

**DENNIS MARROW**

**MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**

NOW comes the Defendant in the above-entitled matter and moves for an extension of time, to and through December 30, 2005 in which to file his pretrial motions. At present that deadline is November 30, 2005. The seriousness of the charge and the continuing discovery process support this request.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(b)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

Defendant, Dennis Marrow
By and through his attorney

Steven D. DiLibero, Esq. #4678
**DiLibero & Coloian, LLP**
130 Dorrance Street
Providence, RI 02903

Granted. The thirty days are excluded per 18 USC 3161 (h)(1)(f).
Mary M. Lisi
USDJ
11/29/05

**CERTIFICATION**

I hereby certify that I mailed, by first class mail, a true copy of the within to the Assistant United States Attorney, Stephen G. Dambruch at 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 29th day of November, 2005.

Paula Lima