**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**

**VS. : CR. No. 05-099ML**

**DENNNIS MARROW**

## MOTION TO ALLOW DEFENDANT TO ATTEND FUNERAL

Now comes Steven D. DiLibero, counsel of record of the Defendant, request this Honorable court to allow Defendant, Dennis Marrow, leave to attend funeral of Marion Marrow, the Defendant's grandmother, on Saturday February 4, 2006. The funeral will take place at Bell Funeral Home, 571 Broad Street, Providence, RI 02907 at 10:00 am. There will be no buriel service.

The Defendant agrees to pay all cost incurred by the US Marshall Service.

Steven D. Dilibero, Esquire
130 Dorrance Street
Providence, RI 02903
401-621-9700
fax 401-331-9503

CERTIFICATE OF SERVICE

I certify that on the 1st day of February , 2006 I mailed a true copy of the above by regular mail postage prepaid to: Unites States Attorney's Office 50 Kennedy Plaza 8th Floor Providence, RI 02903.